Terry E. Welch (5819)
Bentley J. Tolk (6665)
Rodger M. Burge (8582)
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
twelch@parrbrown.com
btolk@parrbrown.com
rburge@parrbrown.com

Attorneys for Plaintiff Millrock Investment Fund 1, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MILLROCK INVESTMENT FUND 1, LLC,<br><br>Plaintiff,<br>v.<br><br>HEALTHCARE SOLUTIONS MANAGEMENT GROUP, INC.; HEALTHCARE SOLUTIONS HOLDINGS INC.; LANDES CAPITAL MANAGEMENT, LLC; LANDES AND COMPAGNIE TRUST PRIVE KB; JOSHUA CONSTANTIN; JUSTIN SMITH; STUART MCMAHEN; and BLACK LABEL SERVICES, INC.,<br><br>Defendants. | MOTION FOR EXTENSION OF TIME (1) TO RESPOND TO MOTION TO SET ASIDE DEFAULT JUDGMENT AGAINST DEFENDANT JUSTIN SMITH [DKT. #74]; (2) TO RESPOND TO MOTION TO DISMISS JUSTIN SMITH [DKT. # 75]; and (3) TO SEEK LEAVE TO AMEND PLEADINGS AND/OR NAME ADDITIONAL PARTIES<br><br>Case No. 2:23-cv-00157-RJS-DAO<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

Pursuant to Rule 7 of the Federal Rules of Civil Procedure and Local Rule DUCivR 7-1 (a)(2), plaintiff Millrock Investment Fund 1, LLC ("Millrock") respectfully submits this Motion for Extension on Time (1) to Respond to Motion to Set Aside Default Judgment Against

Defendant Justin Smith [Dkt. #74]; (2) to Respond to Motion to Dismiss Justin Smith [Dkt. #75]; and (3) to Seek Leave to Amend Pleadings and/or Name Additional Parties (the "Motion").

<u>RELIEF REQUESTED AND GROUNDS FOR RELIEF</u>

By this Motion, Millrock requests the Court extend the time for Millrock to respond to the Motion to Set Aside Default Judgment Against Defendant Justin Smith (Dkt. # 74) and the Motion to Dismiss Justin Smith (Dkt. # 75) from February 23, 2024, through and including a date three (3) weeks after the stay of proceedings requested by Millrock in its Motion to Temporarily Stay this Case in Order to Determine (1) the Scope and Effect on this Case of the Automatic Stay from HSMG's Bankruptcy Case; and (2) Whether the Claims in this Case Belong to HSMG's Bankruptcy Estate and/or Will be Pursued by the Chapter 7 Trustee in HSMG's Bankruptcy Case (the "Motion to Stay") [Dkt. # 85.]  Millrock also requests the same extension of the deadline for seeking leave of the Court to amend pleadings and/or name additional parties from its current deadline of February 27, 2024.  The grounds for requesting these extensions are those supporting the requested stay of this case that are more fully set forth in the Motion to Stay, including that (i) Millrock has been discussing this case with the Chapter 7 Trustee in the pending bankruptcy case in the United States Bankruptcy Court for the District of Delaware against defendant Healthcare Solutions Management Group, Inc. (the "Bankruptcy Case"); (ii) Millrock, with the cooperation and assistance of the Trustee, is still determining the scope of the automatic stay and its application to this case; and (iii) the Trustee is still determining what claims, if any, will be pursued by the Trustee in connection with this case, and what remaining claims Millrock may potentially be able pursue in this case.  Accordingly, Millrock requests the

Court grant the requested extension. Pursuant to DUCivR 7-1(e), a proposed order is submitted herewith.

DATED this 23rd day of February, 2024.

                                            PARR BROWN GEE & LOVELESS

                                            By: /s/ *Rodger M. Burge*
                                                   Terry E. Welch
                                                   Bentley J. Tolk
                                                   Rodger M. Burge
                                                   Attorneys for Plaintiff Millrock Investment Fund 1, LLC

CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of February, 2024 I caused to be served a true and correct copy of the foregoing MOTION FOR EXTENSION OF TIME (1) TO RESPOND TO MOTION TO SET ASIDE DEFAULT JUDGMENT AGAINST DEFENDANT JUSTIN SMITH [DKT. #74]; (2) TO RESPOND TO MOTION TO DISMISS JUSTIN SMITH [DKT. # 75]; and (3) TO SEEK LEAVE TO AMEND PLEADINGS AND/OR NAME ADDITIONAL PARTIES via the CM/ECF system on the following attorneys for Joshua Constantin and Stuart McMahen:

> Keith M. Woodwell
> Thomas A. Brady
> Nickolas C. Sessions
> CLYDE SNOW & SESSIONS
> 201 South Main Street, #2200
> Salt Lake City, Utah  84111
> kmw@clydesnow.com
> TAB@clydesnow.com
> NSessions@clydesnow.com

and via email and First Class U.S. Mail on the following:

> Justin Smith
> 1779 Cumberland Road
> Cleveland Heights, Ohio  44118
> justin.landes@gmail.com

By: /s/ *Rodger M. Burge*