Terry E. Welch (5819)
Bentley J. Tolk (6665)
Rodger M. Burge (8582)
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, Utah  84111
Telephone:  (801) 532-7840
Facsimile:  (801) 532-7750
twelch@parrbrown.com
btolk@parrbrown.com
rburge@parrbrown.com

Attorneys for Plaintiff Millrock Investment Fund 1, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| MILLROCK INVESTMENT FUND 1, LLC,<br><br>Plaintiff,<br>v.<br><br>HEALTHCARE SOLUTIONS MANAGEMENT GROUP, INC.; HEALTHCARE SOLUTIONS HOLDINGS INC.; LANDES CAPITAL MANAGEMENT, LLC; LANDES AND COMPAGNIE TRUST PRIVE KB; JOSHUA CONSTANTIN; JUSTIN SMITH; STUART MCMAHEN; and BLACK LABEL SERVICES, INC.,<br><br>Defendants. | [PROPOSED] ORDER EXTENDING TIME (1) TO RESPOND TO MOTION TO SET ASIDE DEFAULT JUDGMENT AGAINST DEFENDANT JUSTIN; (2) TO RESPOND TO MOTION TO DISMISS JUSTIN SMITH; and (3) TO SEEK LEAVE TO AMEND PLEADINGS AND/OR NAME ADDITIONAL PARTIES<br><br>Case No. 2:23-cv-00157-RJS-DAO<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |
|---|---|

Having reviewed the Motion for Extension on Time (1) to Respond to Motion to Set Aside Default Judgment Against Defendant Justin Smith [Dkt. #74]; (2) to Respond to Motion to Dismiss Justin Smith [Dkt. #75]; and (3) to Seek Leave to Amend Pleadings and/or Name Additional Parties (the "Motion"), and good cause appearing,

IT IS HEREBY ORDERED that the Motion is GRANTED and that the deadline for responding to the Motion to Set Aside Default Judgment Against Justin Smith (Dkt. # 74) and the Motion to Dismiss Justin Smith is extended from February 23, 2024 through and including the date that is three weeks from the lifting of the stay entered by the Court in this matter; and

IT IS FURTHER ORDERED that the deadline for the parties to seek leave to amend pleadings and/or name additional parties is similarly extended from February 27, 2024, through and including the date that is three weeks from the lifting of the stay entered by the Court in this matter.

DATED this _____ day of _____, 2024.

BY THE COURT:

_____
Daphne A. Oberg
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of February, 2024 I caused to be served a true and correct copy of the foregoing [PROPOSED] ORDER EXTENDING TIME (1) TO RESPOND TO MOTION TO SET ASIDE DEFAULT JUDGMENT AGAINST DEFENDANT JUSTIN; (2) TO RESPOND TO MOTION TO DISMISS JUSTIN SMITH; and (3) TO SEEK LEAVE TO AMEND PLEADINGS AND/OR NAME ADDITIONAL PARTIES via the CM/ECF system on the following attorneys for Joshua Constantin and Stuart McMahen:

>Keith M. Woodwell
>Thomas A. Brady
>Nickolas C. Sessions
>CLYDE SNOW & SESSIONS
>201 South Main Street, #2200
>Salt Lake City, Utah  84111
>kmw@clydesnow.com
>TAB@clydesnow.com
>NSessions@clydesnow.com

and via email and First Class U.S. Mail on the following:

>Justin Smith
>1779 Cumberland Road
>Cleveland Heights, Ohio  44118
>justin.landes@gmail.com

By: /s/ *Rodger M. Burge*