Keith M. Woodwell (#7353)
Thomas A. Brady (#12454)
Nickolas C. Sessions (#18091)
**CLYDE SNOW & SESSIONS**
201 South Main Street, #2200
Salt Lake City, Utah 84111
Tel: (801) 322-2516
kmw@clydesnow.com
tab@clydesnow.com
ncs@clydesnow.com

*Attorneys for Defendants Joshua Constantin and Stuart McMahen*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| MILLROCK INVESTMENT FUND 1, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHCARE SOLUTIONS MANAGEMENT GROUP, INC.; HEALTHCARE SOLUTIONS HOLDINGS INC.; LANDES CAPITAL MANAGEMENT, LLC; LANDES AND COMPAGNIE TRUST PRIVE KB; JOSHUA CONSTANTIN; JUSTIN SMITH; STUART MCMAHEN; AND BLACK LABEL SERVICES, INC.,<br><br>Defendants. | **DEFENDANTS JOSHUA CONSTANTIN AND STUART MCMAHEN'S MEMORANDUM IN OPPOSITION TO STATUS REPORT RE STATUS OF THIS CASE IN LIGHT OF HSMG'S BANKRUPTCY CASE**<br><br><br>Case No. 2:23-cv-000157-RJS-DAO<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

Defendants Joshua Constantin ("Constantin") and Stuart McMahen ("McMahen"), by

and through undersigned counsel, hereby submit this Memorandum in Opposition to Plaintiff

Millrock Investment Fund 1, LLC's ("Millrock") Status Report Re Status of This Case in Light of HSMG's Bankruptcy Case, and in support thereof, state as follows:

## ARGUMENT

Millrock's motion to stay the present case should be denied. There is no nexus between the present case and the bankruptcy case, as they are totally unrelated to one another. Millrock's failure to demonstrate how the bankruptcy case has any correlation whatsoever to its fraudulent transfer claims against Constantin and McMahen requires denial of Millrock's motion. Moreover, a stay would unnecessarily delay the litigation and unjustly prejudice Constantin and McMahen. As a result, this Court should deny Millrock's motion and award Constantin and McMahen their costs and fees incurred in having to respond to Millrock's baseless motion.

### I. A STAY IS INAPPROPRIATE GIVEN THERE IS NO NEXUS BETWEEN THE PRESENT CASE AND THE BANKRUPTCY CASE

Millrock's utter failure to establish how its fraudulent transfer claims against Constantin and McMahen in the present case are in any way related to the bankruptcy case, dooms its motion. Indeed, Millrock has not, and cannot, show that the bankruptcy case is relevant to the present case. That is because the bankruptcy issues have no bearing on the fraudulent transfer claims lodged against Constantin and McMahen. In no world would the bankruptcy trustee need to analyze and weigh in on the fraudulent transfer claims made against Constantin and McMahen. In fact, the bankruptcy trustee has yet to even contact counsel for Constantin and McMahen, which only further illustrates the irrelevant nature of the two cases. Accordingly, given the absence of any relevant nexus between the present case and the bankruptcy case, there is no legitimate reason – and Millrock has failed to provide one – that the present case should be stayed.

**II.    A STAY WOULD UNNECESSARILY DELAY LITIGATION AND PREJUDICE CONSTANTIN AND MCMAHEN**

Further delaying the present case based on an unrelated proceeding is not only illogical, but undoubtedly prejudices Constantin and McMahen. Constantin and McMahen's Motion for Summary Judgment was filed with this Court on March 15, 2024, and has remained pending ever since. Granting Millrock's request would only prolong the resolution of the Motion for Summary Judgment and impede the progress of what has already been a delayed litigation process. As explained above, Millrock's request is without justification, the granting of which would set an arbitrary precedent and undermine this Court's efficiency. Put simply, Constantin and McMahen are entitled to a swift resolution of this case, which certainly outweighs the speculative and irrelevant concerns raised by Millrock regarding an unrelated proceeding.

## CONCLUSION

Based on the foregoing, Constantin and McMahen respectfully request that the Court deny Millrock's request to stay the case and award Constantin and McMahen their costs and fees incurred in having to file this response.

DATED this 22nd day of May 2024.

                                                              **CLYDE SNOW & SESSIONS**

                                                              */s/ Keith M. Woodwell*
                                                              Keith M. Woodwell
                                                              Thomas A. Brady
                                                              Nickolas C. Sessions

                                                              *Attorneys for Defendants Joshua Constantin and Stuart McMahen*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of May 2024, I caused a true and correct copy of the foregoing **DEFENDANTS JOSHUA CONSTANTIN AND STUART MCMAHEN'S MEMORANDUM IN OPPOSITION TO STATUS REPORT RE STATUS OF THIS CASE IN LIGHT OF HSMG'S BANKRUPTCY CASE** to be sent to all attorneys of record via the court's e-filing system.

                                                CLYDE SNOW & SESSIONS

                                                */s/ Kelcie Kinsley*