Terry E. Welch (5819)
Bentley J. Tolk (6665)
Rodger M. Burge (8582)
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
twelch@parrbrown.com
btolk@parrbrown.com
rburge@parrbrown.com

*Attorneys for Plaintiff Millrock Investment Fund 1, LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MILLROCK INVESTMENT FUND 1, LLC, <br><br> Plaintiff, <br><br> v. <br><br> HEALTHCARE SOLUTIONS MANAGEMENT GROUP, INC.; HEALTHCARE SOLUTIONS HOLDINGS INC.; LANDES CAPITAL MANAGEMENT, LLC; LANDES AND COMPAGNIE TRUST PRIVE KB; JOSHUA CONSTANTIN; JUSTIN SMITH; STUART MCMAHEN; and BLACK LABEL SERVICES, INC., <br><br> Defendants. | **ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO FILE OPPOSITION TO DEFENDANTS JOSHUA CONSTANTIN AND STUART MCMAHEN'S MOTION FOR SUMMARY JUDGMENT** <br><br> Case No. 2:23-CV-00157-RJS-DAO <br><br> Chief District Judge Robert J. Shelby <br><br> Magistrate Judge Daphne A. Oberg |

For good cause shown, the Court GRANTS Plaintiff's Stipulated Motion to Extend Deadline to File Opposition to Defendants Joshua Constantin and Stuart McMahen's Motion for Summary Judgment. It is hereby ORDERED as follows:

Plaintiff's deadline to file a response in opposition to ECF No. 95 is hereby extended to

either (1) should the Court opt to grant the pending motion to extend the stay of this case, *see* ECF No. 99 (the "Motion to Extend the Stay"), 28 days after the stay of this case expires; or (2) should the Court opt to deny the Motion to Extend the Stay, 28 days after the Court issues an order denying the Motion to Extend the Stay.

DATED _____, 2024.

By: /s/_____
Magistrate Judge Daphne A. Oberg