# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| HEALTHCARE SOLUTIONS | ) | Case No. 23-11458 (JTD) |
| MANAGEMENT GROUP, INC., | ) | |
| | ) | |
| _____Debtor._____ | ) | **Re: D.I. 34** |

## ORDER DISMISSING CASE

The Court entered an Order on June 3, 2024 (D.I. 34), compelling the Debtor to file its Schedules of Assets and Liabilities, Statement of Financial Affairs and Creditor Matrix within fourteen days. As of this date, Debtor has not complied with the terms of the Court's order.

IT IS THEREFORE ORDERED the case is DISMISSED.

Dated: June 20, 2024

_____
JOHN T. DORSEY, U.S.B.J.

# Notice Recipients

| District/Off: 0311−1 | User: admin | Date Created: 6/20/2024 |
|---|---|---|
| Case: 23−11458−JTD | Form ID: pdfodc | Total: 28 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| tr | David W. Carickhoff | carickhoff@chipmanbrown.com |
| aty | Bentley Tolk | btolk@parrbrown.com |
| aty | Christopher Viceconte | cviceconte@gibbonslaw.com |
| aty | Dale E. Barney | dbarney@gibbonslaw.com |
| aty | David W. Carickhoff | carickhoff@chipmanbrown.com |
| aty | Katharina Earle | kearle@gibbonslaw.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Healthcare Solutions Management Group, Inc. | 26 Reynolds Street   Springhill, LA 71075 |
| cr | Millrock Investment Fund 1, LLC | 1064 S. North County Blvd.   Suite 350   Pleasant Grove, UT 84062 |
| cr | William T. Carrigan | 8091 S. Mountain Oaks Circle   Cottonwood Heights, UT 84121 |
| cr | RWDI Maplewood L.P. | 32932 Pacific Coast Hwy, 14−388   Dana Point, CA 92629 |
| cr | All American Storage, LLC | 8091 S. Mountain Oaks Circle   Cottonwood Heights, UT 84121 |
| cr | 934 Hollywood, L.L.C. | 7613 S. Prospector Drive   Salt Lake City, UT 84121 |
| cr | Happiness LLC | 3375 W. Mount Ellen Way, PC307   Taylorsville, UT 84129 |
| cr | ACM Columbia LLC | c/o Crown Properties   1650 Murfreesboro Rd   Ste 224   Franklin, TN 37067−5080 |
| cr | Crawford Family Trust | 9291 Darrow Drive   Huntington Beach, CA 92646 |
| cr | Mark Machlis | 7613 S. Prospector Drive   Salt Lake City, UT 84121 |
| aty | Rick Rose | Parr Brown Gee & Loveless   101 South 200 East   Suite 700   Salt Lake City, UT 84111 |
| aty | Rick Rose | Parr Brown Gee & Loveless   101 South 200 East   Suite 700   Salt Lake City, UT 84111 UNITED STATES |
| aty | Terry E. Welch | Parr Brown Gee & Loveless   101 South 200 East   Suite 700   Salt Lake City, UT 84111 UNITED STATES |
| 18950978 | ACM Columbia LLC | 1650 Murfreesboro Road   Suite 224   Franklin, TN 37067 |
| 18823862 | CAMS Realty, LLC, et al. (see attached judgment) | Mary Street / CAMS Realty   2015 W. Grove Pkwy, Suite J   Pleasant Grove, UT 84062 |
| 18823861 | Charles T. Coleman | Wright, Lindsey & Jennings   200 W. Capitol, Suite 2300   Little Rock, AR 72201 |
| 18971317 | Hilda Arline Devlin, et. al. | 8680 Quail Ridge Drive   Nampa, ID 83686 |
| 18971098 | Millrock Investment Fund 1, LLC | Dale E.. Barney   Gibbons PC   One Gateway Center   Newark, NJ 07102−5310 |
| 18971094 | Nancy Mulick, personal representative, et. al. | 91645 Overseas Highway   Tavernier, FL 33070 |
| 18950977 | R. Mark Donnell, Jr. | 1650 Murfreesboro Road   Suite 224   Franklin, TN 37067 |
| 18976424 | Secure Self Storage,LLC by Jose & Teena Rementeria | 543 Pierce Road   Medford, OR 97504 |

TOTAL: 21