Terry E. Welch (5819)
Bentley J. Tolk (6665)
Rodger M. Burge (8582)
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
twelch@parrbrown.com
btolk@parrbrown.com
rburge@parrbrown.com

*Attorneys for Plaintiff Millrock Investment Fund 1, LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MILLROCK INVESTMENT FUND 1, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHCARE SOLUTIONS MANAGEMENT GROUP, INC.; HEALTHCARE SOLUTIONS HOLDINGS INC.; LANDES CAPITAL MANAGEMENT, LLC; LANDES AND COMPAGNIE TRUST PRIVE KB; JOSHUA CONSTANTIN; JUSTIN SMITH; STUART MCMAHEN; and BLACK LABEL SERVICES, INC.,<br><br>Defendants. | **STIPULATED MOTION FOR AN ORDER AMENDING SCHEDULING ORDER AND SETTING BRIEFING DEADLINES FOR PENDING MOTIONS**<br><br>Case No. 2:23-CV-00157-RJS-DAO<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

Pursuant to the Court's June 24, 2024 Docket Text Order (Doc. No. 114), Plaintiff Millrock Investment Fund 1, LLC and Defendants Joshua Constantin and Stuart McMahen, by and through their counsel of record, and Defendant Justin Smith, appearing pro se, file this Stipulated Motion

and hereby jointly move the Court to enter the attached (as Exhibit "A") Order Amending Scheduling Order and Setting Briefing Deadlines for Pending Motions (the "Proposed Order"). Good cause exists for entry of the Proposed Order in light of the dismissal of Healthcare Solutions Management Group, Inc.'s bankruptcy, and because the stay of this case has been lifted.

DATED this 8th day of July, 2024.

**PARR BROWN GEE & LOVELESS**

By: /s/ *Bentley J. Tolk*
  Terry E. Welch
  Bentley J. Tolk
  Rodger M. Burge

*Attorneys for Plaintiff Millrock Investment Fund 1, LLC*

**CLYDE SNOW & SESSIONS**

By: /s/ *Keith M. Woodwell\**
  Keith M. Woodwell
  Thomas A. Brady
  Nickolas C. Sessions

*Attorneys for Defendants Joshua Constantin and Stuart McMahen*
\*Signed by counsel with permission via email

**JUSTIN SMITH**

 /s/ *Justin Smith\**
  Justin Smith

\*Signed by counsel with permission via email

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2024, I caused to be served a true and correct copy of the foregoing **STIPULATED MOTION FOR AN ORDER AMENDING SCHEDULING ORDER AND SETTING BRIEFING DEADLINES FOR PENDING MOTIONS** via the CM/ECF system on the following:

Keith M. Woodwell
Thomas A. Brady
Nickolas C. Sessions
**CLYDE SNOW & SESSIONS**
201 South Main Street, #2200
Salt Lake City, Utah 84111
kmw@clydesnow.com
tab@clydesnow.com
nsessions@clydesnow.com

and via email and First-Class U.S. Mail on the following:

Justin Smith
1779 Cumberland Road
Cleveland Heights, OH 44118
Justin.landes@gmail.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Bentley J. Tolk_