Terry E. Welch (5819)
Bentley J. Tolk (6665)
Rodger M. Burge (8582)
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
twelch@parrbrown.com
btolk@parrbrown.com
rburge@parrbrown.com

*Attorneys for Plaintiff Millrock Investment Fund 1, LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MILLROCK INVESTMENT FUND 1, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHCARE SOLUTIONS MANAGEMENT GROUP, INC.; HEALTHCARE SOLUTIONS HOLDINGS INC.; LANDES CAPITAL MANAGEMENT, LLC; LANDES AND COMPAGNIE TRUST PRIVE KB; JOSHUA CONSTANTIN; JUSTIN SMITH; STUART MCMAHEN; and BLACK LABEL SERVICES, INC.,<br><br>Defendants. | **UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE OPPOSITION TO CONSTANTIN AND MCMAHEN'S MOTION FOR SUMMARY JUDGMENT**<br><br>Case No. 2:23-CV-00157-RJS-DAO<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

Plaintiff Millrock Investment Fund 1, LLC, ("Millrock"), by and through its counsel of record in this matter, hereby moves the Court to extend the deadline in this case for Millrock to file an opposition to Joshua Constantin and Stuart McMahen's Motion for Summary Judgment

(ECF No. 95) (the "Summary Judgment Motion") from July 31, 2024 through and including August 8, 2024.

Good cause exists for the requested extension because counsel for Millrock has been out of the country, and because Millrock needs the requested additional time to respond to the Summary Judgment Motion. Counsel for Millrock will not seek another extension past August 8, 2024. Counsel for Millrock has consulted with counsel for Joshua Constantin and Justin Smith, and counsel for Joshua Constantin and Justin Smith does not oppose this Motion.

This Motion is timely because the current July 31, 2024 deadline to respond to the Summary Judgment Motion has not expired.

A copy of the proposed Order Extending Deadline to File Opposition to Constantin and McMahen's Motion for Summary Judgment is attached as Exhibit "A."

DATED this 30th day of July, 2024.

**PARR BROWN GEE & LOVELESS**

By: /s/ *Bentley J. Tolk*
    Terry E. Welch
    Bentley J. Tolk
    Rodger M. Burge

*Attorneys for Plaintiff Millrock Investment Fund 1, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2024, I caused to be served a true and correct copy of the foregoing **UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE OPPOSITION TO CONSTANTIN AND MCMAHEN'S MOTION FOR SUMMARY JUDGMENT** via the CM/ECF system on the following:

Keith M. Woodwell
Thomas A. Brady
Nickolas C. Sessions
**CLYDE SNOW & SESSIONS**
201 South Main Street, #2200
Salt Lake City, Utah 84111
kmw@clydesnow.com
tab@clydesnow.com
nsessions@clydesnow.com

and via email on the following:

Justin Smith
1779 Cumberland Road
Cleveland Heights, OH 44118
Justin.landes@gmail.com

                                                                                 */s/ Bentley J. Tolk*