# EXHIBIT A

Terry E. Welch (5819)
Bentley J. Tolk (6665)
Rodger M. Burge (8582)
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
twelch@parrbrown.com
btolk@parrbrown.com
rburge@parrbrown.com

*Attorneys for Plaintiff Millrock Investment Fund 1, LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MILLROCK INVESTMENT FUND 1, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHCARE SOLUTIONS MANAGEMENT GROUP, INC.; HEALTHCARE SOLUTIONS HOLDINGS INC.; LANDES CAPITAL MANAGEMENT, LLC; LANDES AND COMPAGNIE TRUST PRIVE KB; JOSHUA CONSTANTIN; JUSTIN SMITH; STUART MCMAHEN; and BLACK LABEL SERVICES, INC.,<br><br>Defendants. | **[PROPOSED] ORDER EXTENDING DEADLINE TO FILE OPPOSITION TO CONSTANTIN AND MCMAHEN'S MOTION FOR SUMMARY JUDGMENT**<br><br>Case No. 2:23-CV-00157-RJS-DAO<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

Having reviewed Plaintiff Millrock Investment Fund 1, LLC's ("Millrock") Unopposed

Motion to Extend Deadline to File Opposition to Constantin and McMahen's Motion for

Summary Judgment, and good cause appearing,

IT IS HEREBY ORDERED that the Unopposed Motion is GRANTED and that the deadline in this case for Millrock to file an opposition to Joshua Constantin and Stuart McMahen's Motion for Summary Judgment (ECF No. 95) is extended from July 31, 2024 through and including August 8, 2024.

DATED this \_\_\_\_ day of _____, 2024.

BY THE COURT:

_____
Daphne A. Oberg
United States Magistrate Judge

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2024, I caused to be served a true and correct copy of the foregoing **[PROPOSED] ORDER EXTENDING DEADLINE TO FILE OPPOSITION TO CONSTANTIN AND MCMAHEN'S MOTION FOR SUMMARY JUDGMENT** via the CM/ECF system on the following:

Keith M. Woodwell
Thomas A. Brady
Nickolas C. Sessions
**CLYDE SNOW & SESSIONS**
201 South Main Street, #2200
Salt Lake City, Utah 84111
kmw@clydesnow.com
tab@clydesnow.com
nsessions@clydesnow.com

and via email on the following:

Justin Smith
1779 Cumberland Road
Cleveland Heights, OH 44118
Justin.landes@gmail.com

                                        */s/ Bentley J. Tolk*

4873-7589-9058