Terry E. Welch (5819) twelch@parrbrown.com
Bentley J. Tolk (6665) btolk@parrbrown.com
Rodger M. Burge (8582) rburge@parrbrown.com
C. Chase Wilde (17546) cwilde@parrbrown.com
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750

*Attorneys for Plaintiff Millrock Investment Fund 1, LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MILLROCK INVESTMENT FUND 1, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHCARE SOLUTIONS MANAGEMENT GROUP, INC.; HEALTHCARE SOLUTIONS HOLDINGS INC.; LANDES CAPITAL MANAGEMENT, LLC; LANDES AND COMPAGNIE TRUST PRIVE KB; JOSHUA CONSTANTIN; JUSTIN SMITH; STUART MCMAHEN; and BLACK LABEL SERVICES, INC.,<br><br>Defendants. | **NOTICE OF ENTRY OF APPEARANCE OF CHRISTIAN CHASE WILDE**<br><br>Case No. 2:23-CV-00157-RJS-DAO<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

NOTICE IS HEREBY GIVEN to all parties that Christian Chase Wilde of the law firm of

PARR BROWN GEE & LOVELESS hereby makes his appearance as counsel of record for

Plaintiff Millrock Investment Fund 1, LLC, in the above-captioned case. Please add Mr. Wilde to

4855-8135-2639

the service list and provide him notice of all hearings, motions, pleadings, actions and other matters maintained hereafter in the above-entitled lawsuit at the following address:

> C. Chase Wilde
> PARR BROWN GEE & LOVELESS, P.C.
> 101 South 200 East, Suite 700
> Salt Lake City, Utah 84111
> *cwilde@parrbrown.com*
> *calendar@parrbrown.com*

DATED this 6th day of August 2024.

> PARR BROWN GEE & LOVELESS, P.C.
>
> By: */s/ Christian Chase Wilde*
>   Terry E. Welch
>   Bentley J. Tolk
>   Rodger M. Burge
>   Christian Chase Wilde
>   *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of August 2024, a true and correct copy of the foregoing NOTICE OF ENTRY OF APPEARANCE OF CHRISTIAN CHASE WILDE was served via electronic service on the following:

Keith M. Woodwell
Thomas A. Brady
Nickolas C. Sessions
**CLYDE SNOW & SESSIONS**
201 South Main Street, #2200
Salt Lake City, Utah 84111
kmw@clydesnow.com
tab@clydesnow.com
nsessions@clydesnow.com

and via email on the following:

Justin Smith
1779 Cumberland Road
Cleveland Heights, OH 44118
Justin.landes@gmail.com

                                                               */s/ Chase Wilde*