Terry E. Welch (5819)
Bentley J. Tolk (6665)
Rodger M. Burge (8582)
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
twelch@parrbrown.com
btolk@parrbrown.com
rburge@parrbrown.com

*Attorneys for Plaintiff Millrock Investment Fund 1, LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MILLROCK INVESTMENT FUND 1, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHCARE SOLUTIONS MANAGEMENT GROUP, INC.; HEALTHCARE SOLUTIONS HOLDINGS INC.; LANDES CAPITAL MANAGEMENT, LLC; LANDES AND COMPAGNIE TRUST PRIVE KB; JOSHUA CONSTANTIN; JUSTIN SMITH; STUART MCMAHEN; and BLACK LABEL SERVICES, INC.,<br><br>Defendants. | **STIPULATED MOTION TO EXTEND DEADLINE TO FILE OPPOSITION TO MOTION TO DISMISS DEFENDANT JUSTIN SMITH**<br><br>Case No. 2:23-CV-00157-RJS-DAO<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

Plaintiff Millrock Investment Fund 1, LLC ("Millrock") and Defendant Justin Smith, by

and through Justin Smith and through Millrock's counsel of record in this matter, hereby

stipulate and move the Court to extend the deadline in this case for Millrock to file an opposition

to the Motion to Dismiss Defendant Justin Smith (ECF No. 75) (the "Motion to Dismiss") from August 6, 2024 through and including August 13, 2024. Millrock will be filing today its Notice of Non-Opposition to Motion to Set Aside Default Judgment Against Defendant Justin Smith.

Good cause exists for the requested extension because counsel for Millrock has been out of the country, and because Millrock needs the requested additional time to respond to the Motion to Dismiss. Counsel for Millrock will not seek another extension past August 13, 2024.

This Motion is timely because the current August 6, 2024 deadline to respond to the Motion to Dismiss has not expired.

A copy of the proposed Order Extending Deadline to File Opposition to Motion to Dismiss Defendant Justin Smith is attached as Exhibit "A."

DATED this 6th day of August, 2024.

**PARR BROWN GEE & LOVELESS**

By: /s/ *Bentley J. Tolk*
 Terry E. Welch
 Bentley J. Tolk
 Rodger M. Burge

*Attorneys for Plaintiff Millrock Investment Fund 1, LLC*


By: /s/ *Justin Smith**
 Justin Smith

*Pro Se*

*Signed by Justin Smith with permission via email

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2024, I caused to be served a true and correct copy of the foregoing **STIPULATED MOTION TO EXTEND DEADLINE TO FILE OPPOSITION TO MOTION TO DISMISS DEFENDANT JUSTIN SMITH** via the CM/ECF system on the following:

Keith M. Woodwell
Thomas A. Brady
Nickolas C. Sessions
**CLYDE SNOW & SESSIONS**
201 South Main Street, #2200
Salt Lake City, Utah 84111
kmw@clydesnow.com
tab@clydesnow.com
nsessions@clydesnow.com

and via email on the following:

Justin Smith
1779 Cumberland Road
Cleveland Heights, OH 44118
Justin.landes@gmail.com

                                                               */s/ Chase Wilde*