Terry E. Welch (5819)
Bentley J. Tolk (6665)
Rodger M. Burge (8582)
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
twelch@parrbrown.com
btolk@parrbrown.com
rburge@parrbrown.com

*Attorneys for Plaintiff Millrock Investment Fund 1, LLC*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MILLROCK INVESTMENT FUND 1, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHCARE SOLUTIONS MANAGEMENT GROUP, INC.; HEALTHCARE SOLUTIONS HOLDINGS INC.; LANDES CAPITAL MANAGEMENT, LLC; LANDES AND COMPAGNIE TRUST PRIVE KB; JOSHUA CONSTANTIN; JUSTIN SMITH; STUART MCMAHEN; and BLACK LABEL SERVICES, INC.,<br><br>Defendants. | **[PROPOSED] ORDER EXTENDING DEADLINE TO FILE OPPOSITION TO MOTION TO DISMISS DEFENDANT JUSTIN SMITH**<br><br>Case No. 2:23-CV-00157-RJS-DAO<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

Having reviewed the parties' Stipulated Motion to Extend Deadline to File Opposition to Motion to Dismiss Defendant Justin Smith, and good cause appearing,

IT IS HEREBY ORDERED that the Stipulated Motion is GRANTED and that the deadline in this case for Plaintiff Millrock Investment Fund 1, LLC to file an opposition to the Motion to Dismiss Defendant Justin Smith (ECF No. 75) is extended from August 6, 2024 through and including August 13, 2024.

DATED this ____ day of _____, 2024.

BY THE COURT:

_____
Daphne A. Oberg
United States Magistrate Judge

APPROVED AS TO FORM AND CONTENT:

By: /s/ Justin Smith (Signed with permission)
       Justin Smith

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2024, I caused to be served a true and correct copy of the foregoing **[PROPOSED] ORDER EXTENDING DEADLINE TO FILE OPPOSITION TO MOTION TO DISMISS DEFENDANT JUSTIN SMITH** via the CM/ECF system on the following:

Keith M. Woodwell
Thomas A. Brady
Nickolas C. Sessions
**CLYDE SNOW & SESSIONS**
201 South Main Street, #2200
Salt Lake City, Utah 84111
kmw@clydesnow.com
tab@clydesnow.com
nsessions@clydesnow.com

and via email on the following:

Justin Smith
1779 Cumberland Road
Cleveland Heights, OH 44118
Justin.landes@gmail.com

                                                   */s/ Chase Wilde*

4873-7589-9058