Terry E. Welch (5819)
Bentley J. Tolk (6665)
Rodger M. Burge (8582)
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
twelch@parrbrown.com
btolk@parrbrown.com
rburge@parrbrown.com

*Attorneys for Plaintiff Millrock Investment Fund 1, LLC*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MILLROCK INVESTMENT FUND 1, LLC, <br><br> Plaintiff, <br><br> v. <br><br> HEALTHCARE SOLUTIONS MANAGEMENT GROUP, INC.; HEALTHCARE SOLUTIONS HOLDINGS INC.; LANDES CAPITAL MANAGEMENT, LLC; LANDES AND COMPAGNIE TRUST PRIVE KB; JOSHUA CONSTANTIN; JUSTIN SMITH; STUART MCMAHEN; and BLACK LABEL SERVICES, INC., <br><br> Defendants. | **NOTICE OF NON-OPPOSITION TO MOTION TO SET ASIDE DEFAULT JUDGMENT AGAINST DEFENDANT JUSTIN SMITH** <br><br> Case No. 2:23-CV-00157-RJS-DAO <br><br> Chief District Judge Robert J. Shelby <br><br> Magistrate Judge Daphne A. Oberg |

Pursuant to Rule 55(c) of the Federal Rules of Civil Procedure, Plaintiff Millrock Investment Fund, 1, LLC ("Millrock") respectfully submits this notice of non-opposition to the Motion to Set Aside Default Judgment Against Defendant Justin Smith (Dkt. 74, the "Motion").

Although Millrock does not concede any of Defendant Justin Smith's ("Smith") arguments or factual allegations contained in the Motion, and although Millrock believes that Smith does not possess a meritorious or valid defense to the claims against him, Millrock does not oppose the Motion and does not oppose the Motion's request to set aside the entry of default against Smith in this case.

DATED August 6, 2024.

                PARR BROWN GEE & LOVELESS

                By: /s/ Bentley J. Tok
                      Terry E. Welch
                      Bentley J. Tolk
                      Rodger M. Burge

                *Attorneys for Plaintiff Millrock Investment Fund 1, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2024, I caused to be served a true and correct copy of the foregoing **NOTICE OF NON-OPPOSITION TO MOTION TO SET ASIDE DEFAULT JUDGMENT AGAINST DEFENDANT JUSTIN SMITH** via the CM/ECF, which automatically provided notice to all counsel of record. On the same date, I also caused to be served a copy of the foregoing on Defendant Justin Smith via email:

Justin Smith
1779 CUMBERLAND RD
CLEVELAND HEIGHTS, OH 44118
(240) 242-7709
Email: justin.landes@gmail.com

/s/ Chase Wilde