Keith M. Woodwell (#7353)
Thomas A. Brady (#12454)
Nickolas C. Sessions (#18091)
**CLYDE SNOW & SESSIONS**
201 South Main Street, #2200
Salt Lake City, Utah 84111
Tel: (801) 322-2516
kmw@clydesnow.com
tab@clydesnow.com
ncs@clydesnow.com

*Attorneys for Defendants Joshua Constantin and Stuart McMahen*

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

| | |
|---|---|
| MILLROCK INVESTMENT FUND 1, LLC, <br><br> Plaintiff, <br><br> v. <br><br> HEALTHCARE SOLUTIONS MANAGEMENT GROUP, INC.; HEALTHCARE SOLUTIONS HOLDINGS INC.; LANDES CAPITAL MANAGEMENT, LLC; LANDES AND COMPAGNIE TRUST PRIVE KB; JOSHUA CONSTANTIN; JUSTIN SMITH; STUART MCMAHEN; AND BLACK LABEL SERVICES, INC., <br><br> Defendants. | **STIPULATED MOTION FOR AN ORDER SETTING BRIEFING DEADLINES FOR PENDING MOTIONS** <br><br> Case No. 2:23-cv-000157-RJS-DAO <br><br> Chief District Judge Robert J. Shelby <br><br> Magistrate Judge Daphne A. Oberg |

Plaintiff Millrock Investment Fund 1, LLC and Defendants Joshua Constantin and Stuart McMahen, by and through undersigned counsel, file this Stipulated Motion and hereby jointly move the Court to enter the attached Order Setting Briefing Deadlines for Pending Motions ("Proposed Order"). The proposed order will extend the deadline for Constantin and McMahen to file a reply memo in support of their motion for summary judgment (ECF No. 95) and the

{02315025-1 }

deadline for Constantin and McMahen to file a memorandum in opposition to Plaintiff's Rule 56(d) Motion to Defer or Deny Summary Judgment (ECF No. 123) until August 30, 2024. Good cause exists for entry of the Proposed Order because counsel for Constantin and McMahen have multiple hearings and depositions scheduled in other matters during the next two weeks and will need additional time to adequately brief the pending motions. The motion is timely because the current deadline of August 22, 2024 has not expired.

A copy of the Proposed Order is attached as Exhibit "A".

DATED this 16th day of August, 2024.

**CLYDE SNOW & SESSIONS**

*/s/ Keith M. Woodwell*
Keith M. Woodwell
Thomas A. Brady
Nickolas C. Sessions

*Attorneys for Defendants Joshua Constantin and Stuart McMahen*

**PARR BROWN GEE & LOVELESS**

*/s/ Bentley J. Tolk\**
Terry E. Welch
Bentley J. Tolk
Rodger M. Burge

*Attorneys for Plaintiff Millrock Investment Fund 1, LLC*
*\*Signed by counsel with permission*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of August 2024, I caused a true and correct copy of the foregoing **STIPULATED MOTION FOR AN ORDER SETTING BRIEFING DEADLINES FOR PENDING MOTIONS** to be sent to all attorneys of record via the court's e-filing system.

Bentley J. Tolk
Terry E. Welch
Rodger M. Burge
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
btolk@parrbrown.com
twelch@parrbrown.com
rburge@parrbrown.com

*Attorneys for Plaintiff Millrock Investment Fund 1, LLC*

Justin Smith
1779 Cumberland Road
Cleveland Heights, OH 44118
Justin.landes@gmail.com

                Clyde Snow & Sessions

                */s/ Kari J. Peck*