# Exhibit A

{02172463-1 }

Keith M. Woodwell (#7353)
Thomas A. Brady (#12454)
Nickolas C. Sessions (#18091)
**CLYDE SNOW & SESSIONS**
201 South Main Street, #2200
Salt Lake City, Utah 84111
Tel: (801) 322-2516
kmw@clydesnow.com
tab@clydesnow.com
ncs@clydesnow.com

*Attorneys for Defendants Joshua Constantin and Stuart McMahen*

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

| | |
|---|---|
| MILLROCK INVESTMENT FUND 1, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHCARE SOLUTIONS MANAGEMENT GROUP, INC.; HEALTHCARE SOLUTIONS HOLDINGS INC.; LANDES CAPITAL MANAGEMENT, LLC; LANDES AND COMPAGNIE TRUST PRIVE KB; JOSHUA CONSTANTIN; JUSTIN SMITH; STUART MCMAHEN; AND BLACK LABEL SERVICES, INC.,<br><br>Defendants. | **ORDER SETTING BRIEFING DEADLINES FOR PENDING MOTIONS**<br><br>Case No. 2:23-cv-000157-RJS-DAO<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

Having reviewed the parties' Stipulated Motion for an Order Setting Briefing Deadlines for Pending Motions, and good cause appearing, the Court hereby sets the following briefing deadlines for pending motions:

1. The deadline for Defendants Joshua Constantin and Stuart McMahen to file a Reply in Support of Motion for Summary Judgment is extended to August 30, 2024.

2.	The deadline for Defendants Joshua Constantin and Stuart McMahen to respond to Plaintiff's Rule 56(d) Motion is extended to August 30, 2024.

All other matters and deadlines as currently scheduled shall remain unchanged.

DATED this \_\_\_\_ day of August, 2024.

**BY THE COURT**

---

Daphne A. Oberg
United States Magistrate Judge