Keith M. Woodwell (#7353)
Thomas A. Brady (#12454)
Nickolas C. Sessions (#18091)
**CLYDE SNOW & SESSIONS**
201 South Main Street, #2200
Salt Lake City, Utah 84111
Tel: (801) 322-2516
kmw@clydesnow.com
tab@clydesnow.com
ncs@clydesnow.com

*Attorneys for Defendants Joshua Constantin and Stuart McMahen*

---

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**
**CENTRAL DIVISION**

| | |
|---|---|
| MILLROCK INVESTMENT FUND 1, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHCARE SOLUTIONS MANAGEMENT GROUP, INC.; HEALTHCARE SOLUTIONS HOLDINGS INC.; LANDES CAPITAL MANAGEMENT, LLC; LANDES AND COMPAGNIE TRUST PRIVE KB; JOSHUA CONSTANTIN; JUSTIN SMITH; STUART MCMAHEN; AND BLACK LABEL SERVICES, INC.,<br><br>Defendants. | **MOTION TO WITHDRAW AS COUNSEL**<br><br>Case No. 2:23-cv-000157-RJS-DAO<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

Pursuant to Rules 6(b) and 7(b) of the Federal Rules of Civil Procedure and DUCivR 83-1.4, Keith M. Woodwell, Thomas A. Brady, and Nickolas C. Sessions of the law firm of Clyde Snow & Sessions ("Counsel") move to withdraw as counsel (the "Motion to Withdraw") for Defendants Joshua Constantin and Stuart McMahen ("Defendants").

The basis for the Motion to Withdraw is that an irreconcilable conflict has arisen between Counsel and the Defendants. Attorney-client privilege and the rules of professional conduct preclude Counsel for the Defendants from commenting further in this motion as to the nature of the conflict; however, information regarding the nature of the conflict could be provided to the court for *in camera* review if requested.

There are pending motions and discovery requests in the case, impacting the Defendants, as follows:

1. Defendants' motion for summary judgment (ECF No. 95), filed on March 15, 2024. Plaintiff filed an opposition to the motion on August 8, 2024. The Defendants' reply memo in support of the motion for summary judgment is currently due on August 30, 2024.
2. Plaintiff's Rule 56(d) motion to defer or deny Defendants' motion for summary judgment (ECF No. 123), filed on August 7, 2024. Defendants' opposition to the motion is currently due on August 30, 2024.
3. Plaintiff served written discovery requests on Defendants on July 25, 2024. By previous agreement of the parties, Defendants' responses to the written discovery requests are currently due on September 6, 2024.
4. Plaintiff served notices of depositions for Defendants on August 7, 2024. The notices set September 24, 2024 for the deposition of Stuart McMahen and September 25, 2024 for the deposition of Joshua Constantin.

Defendants Constantin and McMahen have not consented to the withdrawal. The Defendants last-known contact information is included below in the certificate of service. A copy of the Proposed Order is attached as Exhibit "A".

DATED this 19th day of August, 2024.

**CLYDE SNOW & SESSIONS**

*/s/ Keith M. Woodwell*
Keith M. Woodwell
Thomas A. Brady
Nickolas C. Sessions

*Attorneys for Defendants Joshua Constantin and Stuart McMahen*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 19th day of August 2024, I caused a true and correct copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL** to be sent to the following attorneys of record and parties via the court's e-filing system:

Bentley J. Tolk
Terry E. Welch
Rodger M. Burge
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
btolk@parrbrown.com
twelch@parrbrown.com
rburge@parrbrown.com

*Attorneys for Plaintiff Millrock Investment Fund 1, LLC*

Justin Smith
1779 Cumberland Road
Cleveland Heights, OH 44118
Justin.landes@gmail.com

I also hereby certify that the foregoing was served through United States mail and email this 19th day of August, 2024, to the following:

Joshua Constantin
238 Solomon Drive
Slidell, LA 70458
josh@gulfshoresltd.com

Stuart McMahen
114 Hortman Dr.
Springhill LA 71075
stuart.w.mcmahen@gmail.com

CLYDE SNOW & SESSIONS

*/s/ Kelcie Kinsley*