Keith M. Woodwell (#7353)
Thomas A. Brady (#12454)
Nickolas C. Sessions (#18091)
**CLYDE SNOW & SESSIONS**
201 South Main Street, #2200
Salt Lake City, Utah 84111
Tel: (801) 322-2516
kmw@clydesnow.com
tab@clydesnow.com
ncs@clydesnow.com

*Attorneys for Defendants Joshua Constantin and Stuart McMahen*

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**
**CENTRAL DIVISION**

| | |
|---|---|
| MILLROCK INVESTMENT FUND 1, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHCARE SOLUTIONS MANAGEMENT GROUP, INC.; HEALTHCARE SOLUTIONS HOLDINGS INC.; LANDES CAPITAL MANAGEMENT, LLC; LANDES AND COMPAGNIE TRUST PRIVE KB; JOSHUA CONSTANTIN; JUSTIN SMITH; STUART MCMAHEN; AND BLACK LABEL SERVICES, INC.,<br><br>Defendants. | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br><br>Case No. 2:23-cv-000157-RJS-DAO<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

The Court having received the Motion to Withdraw as Counsel filed by Keith M. Woodwell, Thomas A. Brady, and Nickolas C. Sessions of the law firm of Clyde Snow & Sessions, and good cause appearing:

IT IS HEREBY ORDERED that Keith M. Woodwell, Thomas A. Brady, and Nickolas C. Sessions of the law firm of Clyde Snow & Sessions, be permitted to withdraw as counsel for Defendants Joshua Constantin and Stuart McMahen.

~~END OF ORDER~~

SIGNATURE APPEARS AT THE TOP OF THE FIRST PAGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2024, I electronically filed the foregoing document with the Clerk of the Court, which sent notification of such filing to all parties of record.

/s/ *Kelcie Kinsley*
Legal Assistant