FILED
2024 SEP 10
CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**
**CENTRAL DIVISION**

| | |
|---|---|
| MILLROCK INVESTMENT FUND 1, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHCARE SOLUTIONS MANAGEMENT GROUP, INC.; HEALTHCARE SOLUTIONS HOLDINGS INC.; LANDES CAPITAL MANAGEMENT, LLC; LANDES AND COMPAGNIE TRUST PRIVE KB; JOSHUA CONSTANTIN; JUSTIN SMITH; STUART MCMAHEN; AND BLACK LABEL SERVICES, INC.,<br><br>Defendants. | **DEFENDANTS JOSHUA CONSTANTIN NOTICE OF PRO SE APPEARANCE**<br><br>Case No. 2:23-cv-000157-RJS-DAO<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

<u>NOTICE OF PRO SE APPEARANCE</u>

My name is Joshua Constantin I am a named defendant in this case. Pursuant to the directives of this Honorable Court, I am filing this Notice of Appearance.

I intend to represent myself in this matter. I am hereby entering my notice of appearance with the Court. If I decide to hire an attorney, either I or my attorney will notify the court and opposing counsel immediately.

1. My Mailing Address is: 238 Solomon Dr, Slidell LA 70458

2. Myphone number where I may be reached is (212) 380-1144

3. My email address is: lcajosh1@gmail.com.

In representing myself, I understand that I have a duty to notify the Court in writing of any changes in my address, phone number or email address.

DATED this 10th Day of September, 2024

Joshua Constantin

/s/ *Joshua Constantin*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of September 2024, I caused a true and correct copy of the foregoing **on PLAINTIFF MILLROCK INVESTMENT FUND 1, LLC** to be sent to all attorneys of recrod via the court's e-filing system.

Joshua Constantin

/s/ *Joshua Constantin*