# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| MILLROCK INVESTMENT FUND 1, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHCARE SOLUTIONS MANAGEMENT GROUP, INC.; HEALTHCARE SOLUTIONS HOLDINGS INC.; LANDES CAPITAL MANAGEMENT, LLC; LANDES AND COMPAGNIE TRUST PRIVE KB; JOSHUA CONSTANTIN; JUSTIN SMITH; STUART MCMAHEN; and BLACK LABEL SERVICES, INC.,<br><br>Defendants. | **ORDER SETTING BRIEFING DEADLINES**<br><br>Case No. 2:23-cv-00157<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

The stay of the case entered by the court's August 20, 2024 Order Granting Motion to Withdraw as Counsel[1] has expired. The court sets the following briefing deadlines:

1. Mr. Constantin and Mr. McMahen's deadline to file a reply in support of their motion for summary judgment[2] is **October 8, 2024**.

---

[1] (Doc. No. 133.)

[2] (Doc. No. 95.)

1

2.	The deadline to file a response to Millrock's motion to defer or deny the motion for summary judgment[3] is **October 8, 2024**. Any reply shall be due **October 18, 2024**.

3.	The discovery deadlines and subsequent deadlines (including the deadline to file dispositive motions and motions to exclude expert testimony) set forth in the court's July 9, 2024 Order Amending Scheduling Order[4] remain in place.

DATED this 24th day of September, 2024.

BY THE COURT:

_____
Daphne A. Oberg
United States Magistrate Judge

---

[3] (Doc. No. 123.)

[4] (Doc. No. 116.) A copy of the July 9, 2024 order is attached to this order.