JOHN E. KEITER (#16487)
**KEITER LAW, PC**
50 W. Broadway, Ste. 307
Salt Lake City, Utah 84101
Telephone: (801) 633-0559
Facsimile: (801) 776-1121
john@keiterlaw.com
*Attorneys for Millrock Investment Fund 1, LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MILLROCK INVESTMENT FUND 1, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTHCARE SOLUTIONS MANAGEMENT GROUP, INC.; HEALTHCARE SOLUTIONS HOLDINGS INC.; LANDES CAPITAL MAANGEMENT LLC; LANDES AND COMPAGNIE TRSUT PRIVE KB; JOSHUA CONSTANTIN; JUSTIN SMITH; STUART MCMAHEN; AND BLACK LABEL SERVICES, INC.<br><br>Defendants. | **NOTICE OF APPEARANCE FOR MILLROCK INVESMENT FUND 1, LLC**<br><br>Civil No. 2:23-cv-000157-RJS<br><br>Chief District Judge Robert J. Shelby |

1

PLEASE TAKE NOTICE that John E. Keiter of and for the firm Keiter Law, P.C., hereby enters his appearance as counsel for Plaintiff Millrock Investment Fund 1, LLC. Please send future correspondence in this case to:

>JOHN E. KEITER
>KEITER LAW, PC
>50 W. Broadway, Ste. 307
>Salt Lake City, Utah 84101
>john@keiterlaw.com

DATED: December 4, 2024.

>　_/s/ John E. Keiter_
>John E. Keiter
>*Attorney for Millrock Investment Fund 1, LLC*

CERTIFICATE OF SERVICE

    I hereby certify that on December 4, 2024, I caused a true and correct copy of the foregoing document to be filed with the Court's ECF system and via email and first class U.S. Mail to the following:

| | |
|---|---|
| Justin Smith<br>1346 Iroquois Avenue<br>Mayfield Heights, OH 44124<br>jsmith@hshmedical.com | Joshua Constantin<br>238 Solomon Drive<br>Slidell, LA 70458<br>josh@hshmedical.com<br>j@smsgroup.nyc<br>lcajosh1@gmail.com |

                                                      */s/ John E. Keiter*
                                                      John E. Keiter