5/23/25, 6:29 AM

Case 2:23-cv-00157-RJS-DAO Gmail - 2:23-cv-00157-RJS-DAO - Millrocks Second Set of Discovery Propounded to Justin Smith Page
Document 160-2 Filed 05/28/25 PageID.2736 Page
1 of 1



Josh Constantin <lcajosh1@gmail.com>

## 2:23-cv-00157-RJS-DAO - Millrocks Second Set of Discovery Propounded to Justin Smith

**John Keiter** <john@keiterlaw.com> Wed, Apr 30, 2025 at 5:10 PM
To: Josh Constantin <lcajosh1@gmail.com>

Josh,

These responses are five months late and inadequate. I have already filed a motion to compel with the Court, which I emailed you.

**John E. Keiter | Attorney**



50 W. Broadway | Suite 300 | Salt Lake City, UT 84101

P 801.633.0559 | F 801.776.1121

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

[Quoted text hidden]