IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MILLROCK INVESTMENT FUND 1, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>HEALTHCARE SOLUTIONS MANAGEMENT GROUP, INC.; HEALTHCARE SOLUTIONS HOLDINGS INC.; LANDES CAPITAL MANAGEMENT LLC; LANDES AND COMPAGNIE TRUST PRIVE KB; JOSHUA CONSTANTIN; JUSTIN SMITH; STUART MCMAHEN; AND BLACK LABEL SERVICES, INC.<br><br>    Defendants. | **DEFAULT JUDGMENT AGAINST HEALTHCARE SOLUTIONS MANAGEMENT GROUP, INC., LANDES CAPITAL MANAGEMENT LLC, LANDES AND COMPAGNIE TRUST PRIVE KB, AND BLACK LABEL SERVICES, INC.**<br><br>2:23-cv-000157-RJS-DAO<br><br>District Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

It is ORDERED AND ADJUDGED that judgment is hereby entered in favor of Plaintiff against Defendants Healthcare Solutions Management Group, Inc., Landes Capital Management LLC, Landes and Compagnie Trust KB, and Black Label Services, Inc.  Defendants are joint and severally liable for the amount of $4,642,000, plus post-judgment interest at the rate provided by Utah law from the date of this Order until the judgment is satisfied.

SO ORDERED this 9th day of January 2026.

BY THE COURT:

_____
ROBERT J. SHELBY
United States District Judge